# United States Bankruptcy Court
### District of Utah

| | | | | |
|---|---|---|---|---|
| In re | **Rick Simmons** | | Case No. | **14-31041** |
| | | Debtor(s) | Chapter | **13** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **190.00** |
| Balance Due | $ | **3,310.00** |

2.  $ **310.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Ch 13 fees will be $225/hr with a fee application filed with the Court less fees received per par. 1 above and $225/hr for post-confirmation work. Otherwise fees will be consistent with the fees outlined in paragraph number 1 above.

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any continued meeting of creditors due to Debtor's fault, dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Excludes work performed post-confirmation (except claims review, which is included). Debtor(s) has agreed to pay for post-confirmation services at the hourly rate of $225.00, which will be sought through a fee application filed with the Court.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:     **October 28, 2014**          **/s/ Stephen M. Enderton**
**Stephen M. Enderton (6535)**
**Enderton & Mathews, LLC**
**555 East 4500 South**
**Suite C-200**
**Salt Lake City, UT 84107**
**(801) 281-0252   Fax: (801) 263-4304**
**senderton@emlegal.net or mathews@emlegal.net**

---

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Utah

| | | | |
|---|---|---|---|
| In re | **Rick Simmons** | Case No. | **14-31041** |
| | Debtor(s) | Chapter | **13** |

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $17,122.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $17,122.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,120.24 |
| Average Expenses (from Schedule J, Line 18) | $3,344.87 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $6,438.61 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $7,025.96 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $14,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $3,122.00 |
| 4. Total from Schedule F | | $12,991.36 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $23,139.32 |