Stephen M. Enderton, Bar # 6535
Sarah Lynn Mathews, Bar # 9756
ENDERTON & MATHEWS, LLC
Attorneys for the Debtor
555 East 4500 South, Suite C-200
Salt Lake City, UT 84107
Phone: (801) 281-0252
E-mail: senderton@emlegal.net
Email: mathews@emlegal.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| IN RE:  Rick Simmons xxx-xx-4215; Debtor(s) | Bankruptcy No. 14-31041 Chapter 13 Honorable William T. Thurman |
|---|---|

# DECLARATION OF FILED TAX RETURNS

1. I/we, the undersigned debtor(s), declare under penalty of perjury that either:

_XX_ a.    All federal and state tax returns for taxable periods ending during the four year period before the filing of the petition *have* been filed - Specifically 2010-2013 state and federal returns.

**OR**

____ b.    The following tax returns for taxable periods ending during the four year period before the filing of the petition *have not* been filed.

| Taxing Agency | Type of Tax Return | Tax Years |
|---|---|---|
|  |  |  |
|  |  |  |

2. Complete for any tax return filed after the filing of the bankruptcy petition.

On or before the _____ day of _____, 20 _, the above-named debtor(s) delivered the following copies of tax returns to the Insolvency Unit of the Internal Revenue Service and/or the Bankruptcy Unit of the Utah State Tax Commission at the address listed and that such returns disclosed the following liabilities and/or refunds:

| Federal or State Tax | Year | Type of Tax/ Form No. | Tax Liability | Tax Refund |
|---|---|---|---|---|

| IRS
Special Procedures
50 South 200 East
Mail Stop 5021
Salt Lake City UT
84111 | | | | |
|---|---|---|---|---|
| USTC
Bankruptcy Unit
210 N 1950 W
Salt Lake City UT
84134-9000 | | | | |

3.  I/we acknowledge that the court will not confirm any Chapter 13 plan and the case may be dismissed at or before the confirmation hearing unless all tax returns have been filed.

4.  I/we further acknowledge that I/we will file and serve on the trustee an amended declaration if further required tax returns are filed with the taxing authorities after the date indicated in paragraph 1 above.

DATED this 28 day of OcT, 2014.

_____
Rick Simmons

_____
Stephen M. Enderton
Sarah Lynn Mathews
Attorneys for the Debtor
555 East 4500 South, Suite C-200
Salt Lake City, UT 84107
Phone: (801) 281-0252

## CERTIFICATE OF SERVICE

I also certify a true and correct copy of this **Declaration** was served via ECF to The Chapter 7/13 Trustee if assigned and the US Trustee's Office on this 28 day of Oct, 2014.

_____
Mailing Clerk,