Stephen M. Enderton (6535)
Sarah L. Mathews (9756)
ENDERTON & MATHEWS, LLC
Attorneys for Debtor
555 East 4500 South, Suite C-200
Salt Lake City, Utah 84107
Phone (801) 281-0252
Fax (801) 263-4304

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH | |
| In Re:<br><br>RICK SIMMONS,<br><br>                                     Debtor. | Bankruptcy No: 14-31041<br><br>Chapter 13<br><br>Hon. William T. Thurman |
| NOTICE OF AMENDED PLAN<br>AND NOTICE OF OPPORTUNITY FOR A HEARING<br><br>(Objection Deadline: February 23, 2015)<br>(Hearing Date: March 2, 2015, at 9:30 a.m.) | |

**PLEASE TAKE NOTICE** that Rick Simmons has filed with the United States Bankruptcy Court for the District of Utah, an Amended Plan, dated February 4, 2015 (the Amended Plan). The Amended plan, if confirmed, will supersede any plan you may have previously received from the Debtor.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Debtor seeks confirmation of the Amended Plan filed on February 4, 2015.

The plan amendment(s) can be found in paragraph (s) 1(b), 3, 6(f) 7, and 12(d). In summary, the plan amendments will increase plan step payments earlier than previously proposed, increase the pot to nonpriority unsecured claims, and identify the treatment of Chrysler financial as a partially direct pay by Debtor and direct pay by third party. The proposed modifications will impact treatment of creditors as follows: There is no negative impact on creditors. This paragraph, however, is intended only as a summary and notice; you are recommended to consult the Amended Plan to understand the specific treatment of your claim.

NO HEARING WILL BE CONDUCTED ON THE AMENDED PLAN UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to confirm the Amended Plan, then you or your attorney must:

(1) on or before February 23, 2015, file with the Bankruptcy Court a written Objection and Request for Hearing, explaining your position, at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before February 23, 2015. You must also mail a copy to the undersigned counsel at:

    Sarah L. Mathews
    ENDERTON & MATHEWS, LLC
    555 East 4500 South, Ste C-200
    Salt Lake City, Utah 84107

(2) attend a hearing on March 2, 2015, at 9:30 a.m. in Courtroom 376, United States Bankruptcy 350 South Main Street, Salt Lake City, UT 84101.  **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose confirmation of the Amended Plan and may confirm the case.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order confirming the Amended Plan without hearing.

Dated this 4th day of February, 2015.

/s/_____
Sarah L. Mathews

## CERTIFICATE OF SERVICE - MAIL, OTHER

I hereby certify that on the 4th day of February, 2015, I caused to be served a true and correct copy of the foregoing **NOTICE OF AMENDED PLAN AND NOTICE OF OPPORTUNITY FOR HEARING** as follows:

**By notice of Electronic Filing (CM/ECF)**

Kevin R. Anderson tr ecfmail@ch13kra.com, lneebling@ch13kra.com

Stephen M. Enderton senderton@emlegal.net, turia@emlegal.net;mathews@emlegal.net

Mark S. Middlemas ecfmaildistgroup@lundbergfirm.com, lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**Mail Service to Entire Matrix** - By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated February 4, 2015, attached hereto.

Note: The Amended Plan and Notice of Amended Plan and Notice of Opportunity for Hearing was sent to the matrix as a courtesy even though there is not a noticing issue with the Amended Plan

_____/s/_____
Mail Clerk

```
Label Matrix for local noticing         AT&T Mobility II LLC                     American Equity Mortgage, Inc
1088-2                                  c/o AT&T Services, Inc                   c/o Seterus
Case 14-31041                           One AT&T Way, Room 3A104                 PO Box 2008
District of Utah                        Bedminster, NJ 07921-2693                Grand Rapids, MI 49501-2008
Salt Lake City
Wed Feb  4 16:45:10 MST 2015

Kevin R. Anderson tr                    Bonneville Billing and Collections, Inc  CBE Group
405 South Main Street                   P.O. Box 150621                          PO Box 900
Suite 600                               Ogden, UT 84415-0621                     Waterloo, IA 50704-0900
Salt Lake City, UT 84111-3408


CBE Group Inc                           CBE Group, Inc. dba Paragon Solutions    Cabot S Murdock, MD
131 Tower Park, Suite 100               PO Box 2337                              c/o CBE Group
P.O. Box 2635                           Waterloo, IA 50704-2337                  1309 Technology Pkwy
Waterloo, IA 50704-2635                                                          Cedar Falls, IA 50613-6976


Chrysler Capital.                       Cyprus Credit Union                      Cyprus Credit Union
8585 N Stemmons Fwy Ste 1100-N          3876 W Center View Way                   P.O. Box 326
Dallas, TX 75247-3822                   P.O. Box 9002                            Magna, UT 84044-0326
                                        West Jordan, UT 84084-9002


DIRECTV LLC (p)                         Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC
ATTN: Bankruptcies                      DB Servicing Corporation                 PO BOX 3025
PO Box 6550                             PO Box 3025                              NEW ALBANY OH 43054-3025
Greenwood Village, CO 80155-6550        New Albany, OH 43054-3025


Discover Financial Services, Inc (p)    Stephen M. Enderton                      G. Scott Jensen/Kevin P. Sullivan
PO Box 3025                             Enderton & Mathews, LLC                  Jensen and Sullivan, LLC
New Albany, OH 43054-3025               555 East 4500 South                      P.O. Box 150612
                                        Suite C-200                              Ogden, UT 84415-0612
                                        Salt Lake City, UT 84107-4508

Guglielmo & Associates                  Guglielmo & Associates                   IHC/ARC
PO Box 41688                            PO Box 9420                              4646 West Lake Park Blvd
Tucson, AZ 85717-1688                   Salt Lake City, UT 84109-0420            PO Box 30191
                                                                                 Salt Lake City, UT 84130-0191


Intermountain Healthcare                Intermountain Healthcare                 Intermountain Healthcare (p)
P.O. Box 410400                         PO Box 34578                             PO Box 27808
Salt Lake City, UT 84141-0400           Seattle, WA 98124-1578                   Salt Lake City, UT 84127-0808


Intermountain Medical Group             (p)INTERNAL REVENUE SERVICE              Knight Adjustment Bureau
PO Box 27128                            CENTRALIZED INSOLVENCY OPERATIONS        404 East 4500 South
Salt Lake City, UT 84127-0128           PO BOX 7346                              Suite A-34
                                        PHILADELPHIA PA 19101-7346               Salt Lake City, UT 84107-2710


Mark S. Middlemas                       Mortgage Electronic Registration Systems Mountain West Anesthesia
Lundberg & Associates                   1818 Library Street                      PO Box 3570
3269 South Main Street                  Suite 300                                Salt Lake City, UT 84110-3570
Suite 100                               Reston, VA 20190-6280
Salt Lake City, UT 84115-3773
```

```
NATIONSTAR MORTGAGE, LLC              (p)NATIONSTAR MORTGAGE             Nationstar Mortgage, LLC (p)
C/O Weinstein, Pinson, & Riley, P.S.  PO BOX 630267                      PO Box 630267
2001 Western Avenue, Ste. 400         IRVING TEXAS 75063-0116            Irving, TX 75063-0116
Seattle, WA 98121-3132


Riverton Hospital                     Seterus, Inc                       Rick Simmons
c/o CBE Group                         PO Box 54420                       1381 Quail Covey Circle
1309 Technology Pkwy                  Los Angeles, CA 90054-0420         Riverton, UT 84065-4378
Cedar Falls, IA 50613-6976


United States Trustee                 Utah State Tax Commission          eTitle Insurance Agency
Ken Garff Bldg.                       Attn: Bankruptcy Unit              3269 South Main Street
405 South Main Street                 210 North 1950 West                Suite 100
Suite 300                             Salt Lake City, UT 84134-9000      Salt Lake City, UT 84115-3773
Salt Lake City, UT 84111-3402
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card                         (d)Discover Card                   Internal Revenue Service
Corporate Office                      PO Box 8003                        Attn: Insolvency Mail Stop 5021
P.O. Box 30943                        ATTN: Bankruptcy Dept              50 South 200 East
Salt Lake City, UT 84130-0943         Hilliard, OH 43026                 Salt Lake City, UT 84111


Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service           (u)Seterus, Inc.                   End of Label Matrix
Centralized Insolvency Operations                                        Mailable recipients    38
P.O. Box 7346                                                            Bypassed recipients     2
Philadelphia, PA 19101-7346                                              Total                  40
```