Stephen M. Enderton (6535)
Sarah L. Mathews (9756)
ENDERTON & MATHEWS, LLC
Attorneys for Debtor
555 East 4500 South, Suite C-200
Salt Lake City, Utah 84107
Phone (801) 281-0252
Fax (801) 263-4304
Email: senderton@emlegal.net
mathews@emlegal.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| IN RE:<br><br>RICK SIMMONS,<br><br>Debtor. | Bankruptcy No.  14-31041<br><br>Chapter   13<br><br>Honorable William T. Thurman |
|---|---|

DECLARATION REGARDING CLAIMS

    The Debtor, by and through Counsel, hereby declares that all claims have been reviewed and that at this time there are no objections to the Proof of Claims or that an objection has been filed and the claim objection has been set for hearing.

    DATED this 30th day of June, 2015.

____/s/_____<br>
Stephen M. Enderton, for<br>
ENDERTON & MATHEWS, LLC

CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)

      I hereby certify that on the 30th day of June, 2015, I electronically filed the foregoing **Declaration Regarding Claims** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

  Kevin R. Anderson tr ecfmail@ch13kra.com, lneebling@ch13kra.com
  Stephen M. Enderton senderton@emlegal.net, turia@emlegal.net;mathews@emlegal.net
  United States Trustee USTPRegion19.SK.ECF@usdoj.gov


                                                                    ___/s/_____
                                                                    Mail Clerk