# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 14-31041

DEBTOR(S)
RICK SIMMONS

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015,　　　the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on August 1, 2015,　　　I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13)　　　as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

　　　　　　　　　　　/s/Kevin R. Anderson, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>RICK SIMMONS<br><br>Debtor | CASE NO: 14-31041<br><br>Chapter 13<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on March 02, 2015, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

On or before September 08, 2015, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before September 08, 2015, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

**Exhibit "A"**

Debtor(s): RICK SIMMONS

1381 QUAIL COVEY CIRCLE, RIVERTON, UT  84065

Case No: 14-31041
Bar Date: 2/19/15

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 5 | **Cyprus Credit Union**<br>3876 W Center View Way<br>P.O. Box 9002<br>West Jordan, UT  84084 | UNSECURED<br>MONEY LOANED<br>1747<br>*Funds will be DISBURSED* | $2,947.29 | $0.00 | Pro Rata | 0.00 |
| 2 | **DISCOVER BANK DB Services LLC**<br>PO Box 3025<br>New Albany, OH  43054-3025 | UNSECURED<br>CREDIT<br>7406<br>*Funds will be DISBURSED* | $4,980.05 | $0.00 | Pro Rata | 0.00 |
| 7 | **FEDERAL NATIONAL MORTGAGE A**<br>CREDITOR C/O SETERUS INC<br>PO BOX 2206<br>GRAND RAPIDS, MI  49501 | DEFAULT ARREARAGE (PRO<br>1ST MTG: 1381 QUAIL COVEY<br>6204<br>*Funds will be DISBURSED* | $13,770.20 | $13,770.20 | Pro Rata | 0.00 |
| 4 | **INTERMOUNTAIN HEALTH CARE**<br>PO BOX 30191<br>SALT LAKE CITY, UT  84130 | UNSECURED<br>SERVICES<br>SIMMONS<br>*Funds will be DISBURSED* | $1,327.31 | $0.00 | Pro Rata | 0.00 |
| 3 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>PRI TAX<br>4215<br>*Funds will be DISBURSED* | $13,229.64 | $0.00 | Pro Rata | 0.00 |
| 3 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | UNSECURED<br>UNS TAX<br>4215<br>*Funds will be DISBURSED* | $4,118.46 | $0.00 | Pro Rata | 0.00 |
| 6 | **NATIONSTAR MORTGAGE LLC**<br>PO BOX 619094<br>DALLAS, TX  75261 | DIRECT PAYMENT OUTSIDE<br>1ST MTG: 1388 QUAIL COVEY<br>8649<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 1 | **SANTANDER CONSUMER USA INC**<br>PO BOX 961278<br>FORT WORTH, TX  76161 | DIRECT PAYMENT OUTSIDE<br>2012 JEEP WRANGLER/DIR P<br>5561<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
|  | **STEPHEN M. ENDERTON**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $3,310.00 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION**<br>ATTN BANKRUPTCY UNIT<br>210 NORTH 1950 WEST<br>Salt Lake City, UT  84134 | PRIORITY (NO unsecd. interest)<br>PRI TAX<br>4215<br>*Funds will be DISBURSED* | $860.00 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

In re:                                                                            Case No. 14-31041
RICK SIMMONS                                                   Chapter 13
   Debtor

## CERTIFICATE OF SERVICE

District/off: 1088-c         User: 563                Page 1 of 2             Date Rcvd: Jul 31, 2015
                              Form ID: TROC        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Aug 01, 2015.
```
db         +RICK SIMMONS,    1381 QUAIL COVEY CIRCLE,    RIVERTON UT 84065-4378
6           BRUCE L. RICHARDS & ASSOCIATES,    P.O BOX 25786,    SALT LAKE CITY UT 84125-0786
10          Discover Bank,    DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
11          Federal National Mortgage Association (Fanni,    c/o Seterus, Inc.,    PO Box 2008,
             Grand Rapids MI 49501-2008
2           INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
3           INTERNAL REVENUE SERVICE,    PO BOX 7317,    PHILADELPHIA PA 19101-7317
9           INTERNAL REVENUE SERVICE,    P.O. BOX 7346,    PHILADELPHIA PA 19101-7346
7          +LUNDBERG & ASSOCIATES,    3269 SOUTH MAIN STREET STE 100,    SALT LAKE CITY UT 84115-3773
14         +NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,    DALLAS TX 75261-9096
12         +Santander Consumer USA,    8585 N Stemmons Fwy,    Ste 1100-N,    Dallas TX 75247-3822
8          +UTAH STATE TAX COMMISSION,    ATTN BANKRUPTCY UNIT,    210 NORTH 1950 WEST,
             Salt Lake City UT 84134-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Aug 01, 2015**                                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2            Date Rcvd: Jul 31, 2015
                              Form ID: TROC          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2015 at the address(es) listed below:
```
nef          Kevin R. Anderson tr    405 South Main Street
nef          STEPHEN M. ENDERTON     555 EAST 4500 SOUTH
nef          United States Trustee   Ken Garff Bldg.
                                                                                      TOTAL: 3
```