Stephen M. Enderton (6535)
Sarah L. Mathews (9756)
ENDERTON & MATHEWS, LLC
Attorneys for Debtor
555 East 4500 South, Suite C-200
Salt Lake City, Utah 84107
Phone (801) 281-0252
Fax (801) 263-4304
Email: senderton@emlegal.net
mathews@emlegal.net

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>RICK SIMMONS,<br><br><br>                    Debtor. | Bankruptcy No.  14-31041<br><br>Chapter   13<br><br>Honorable William T. Thurman |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO SUBMIT 2014 TAX RETURNS/REFUNDS

The Debtor, Rick Simmons, by and through Counsel, Stephen M. Enderton, hereby objects to the Trustee's Motion to Dismiss for Failure to Submit 2014 Tax Returns/Refunds and as grounds states as follows:

The Debtor has not yet prepared the income tax returns. The Debtor will be preparing and filing them within the next 5 days.  The Debtor is aware that he is required to turn over a portion of any refund that he may receive if the tax refund is sufficient enough to require a turnover. The Debtor, however, anticipates that he will owe taxes.

Therefore, the Debtor prays that the Court sustain his objection to the Trustee's Motion to Dismiss for Failure to Submit 2014 Tax Returns/Refunds.  Further, Debtors' attorney hereby provides notice to all interested parties that he will seek fees of up to $500.00 pursuant to an

Application for Fees that will be filed with the Court and will be available for inspection by interested parties at the office of the Clerk of the Court.

Dated this 31st day of July, 2015.

_____/s/_____
Stephen M. Enderton, of and for
ENDERTON & MATHEWS, LLC