Stephen M. Enderton (6535)
Sarah L. Mathews (9756)
ENDERTON & MATHEWS, LLC
Attorneys for Debtor
555 East 4500 South, Suite C-200
Salt Lake City, Utah 84107
Phone (801) 281-0252
Fax (801) 263-4304
Email: senderton@emlegal.net
mathews@emlegal.net

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>RICK SIMMONS,<br><br><br>                              Debtor. | Bankruptcy No.  14-31041<br><br>Chapter   13<br><br>Honorable William T. Thurman |

### FEE APPLICATION

ENDERTON & MATHEWS, LLC, attorneys for debtor, respectfully applies for approval and allowance of fees and costs incurred on Exhibit "A", attached hereto.  The following is offered in support of such application:

1.  This Application is made pursuant to 11 U.S.C. Section 330 and Bankruptcy Rule 2016. The undersigned requests allowance of the fees and costs detailed on Exhibit "A" as an administrative expense pursuant to 11 U.S.C. Section 503(b)(2) and 11 U.S.C. Section 330(a), and that the Court enter an Order requiring payment of said administrative expense pursuant to 11 U.S.C. Section 1326(a)(2).

2.  No compensation previously received has been shared and no agreement of under-standing exists between the applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with debtor's case.   The Debtor's attorney has been awarded fees in the past.  The fees being sought herein are for

services rendered since the last award of fees.

3.    The source of all compensation paid and promised to be paid is from the Debtor and all professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtor, being in the opinion of the applicant, both reasonable and necessary.   The applicant has exercised reasonable billing judgment.  Exhibit "A" sets forth a detailed statement of the services rendered, time expended and expenses incurred, and the amounts requested.

4.    The Services provided in Exhibit "A" were provided by Stephen M. Enderton (SME), Sarah L. Mathews (SLM) and Turia L. Rolph (TLR).  Stephen M. Enderton is an attorney in good standing and has practiced law since October of 1993 and has experience in the Bankruptcy Court since 1993.   He currently spends a minimum of 75% of his billable hours representing Chapter 7 and Chapter 13 clients.  He regularly appears in the United States Bankruptcy Court for the District of Utah.  Sarah L. Mathews is an attorney in good standing and has been representing Chapter 13 and Chapter 7 clients since 2005.  She currently spends a minimum of 75% of her billable hours representing Chapter 13 clients.  The billable rate for Stephen M. Enderton and Sarah L. Mathews is $250.00 per hour.

THEREFORE, the Applicant firm prays the Court to enter it's Order authorizing it's compensation and payment of fees and costs to Enderton & Mathews, LLC in the total amount of $500.00 less a retainer of $-0- already paid.

Dated this 31st day of July, 2015.

_____/s/_____
Stephen M. Enderton, of and for
ENDERTON & MATHEWS, LLC

EXHIBIT "A"

| | | | |
|---|---|---|---|
| 7/8/15 | SME | Draft letter to cl re: TMTD payments | .3 |
| 7/17/15 | SME | Draft letter to cl re: TMTD taxes | .2 |
| 7/31/15 | SME | Tele w/cl re: TMTD | .2 |
| 7/31/15 | SME | Draft Obj TMTD | .4 |
| _____ | SME | Prepare Notice of Hearing Obj to TMTD (anticipated) | .3 |
| _____ | SME | review for response/Hearing re: Obj TMTD  (anticipated) | .3 |
| _____ | SME | Draft Order (anticipated) | .3 |

TOTAL HOURS                2.0

2.0 total attorney hours at $250.00 per hour   = $500.00