Kevin R. Anderson (4786)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Sarah L. Olson (14006)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>    RICK SIMMONS,<br><br>Debtor. | Case No. 14-31041<br>Chapter 13<br>Hon. R. Kimball Mosier<br>*Hearing August 31, 2015 at 10:00 a.m.* |
|---|---|

**TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO TRUSTEE'S MOTION
TO DISMISS FOR FAILURE TO SUBMIT 2014 TAX RETURNS/REFUNDS**

Kevin R. Anderson, Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced Motion as follows:

1. The Trustee filed a Motion to Dismiss for failure to submit 2014 tax returns/refunds, as required by the Confirmation Order.

2. Trustee objects to denial of his Motion to Dismiss unless he receives the 2014 Federal and State Tax Returns prior to the 8/31/2015 hearing.

3. Trustee objects to denial of his Motion to Dismiss if the payment of the net Tax Refunds in excess of $1,000.00, if any, are not paid into the plan by November, 30, 2015.

4. The Trustee has no objection to the requested attorney's fees of $500.00 according to the fee application filed.

     5.    Trustee requests language to be included in order: If any portion of the cure payment is subsequently returned to the Trustee as unpaid for any reason, including insufficient funds, the Trustee may file a Declaration of Non-Compliance, and this case will be dismissed without further notice or hearing.

WHEREFORE, the Trustee objects to entry of an Order granting the relief requested in the Motion.

DATED: August 17, 2015.

          <u>Tami Gadd-Willardson  /s/</u>
          TAMI GADD-WILLARDSON
          Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing paper was served on the following person on August 17, 2015

          ENDERTON & MATHEWS, LLC
          ECF Notification

          <u>/s/     K. Ott</u>
          Office of the Chapter 13 Trustee