**This order is SIGNED.**



**Dated: September 2, 2015**

                                        **WILLIAM T. THURMAN**
                                          **U.S. Bankruptcy Judge**

*tks*

---

Stephen M. Enderton (6535)
Sarah L. Mathews (9756)
ENDERTON & MATHEWS, LLC
Attorneys for Debtor
555 East 4500 South, Suite C-200
Salt Lake City, Utah 84107
Phone (801) 281-0252
Fax (801) 263-4304
Email: senderton@emlegal.net
mathews@emlegal.net

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>RICK SIMMONS,<br><br>                        Debtor. | Bankruptcy No. 14-31041<br><br>Chapter   13<br><br>Honorable William T. Thurman |

ORDER AWARDING FEES

The Court, after having had the Debtor's Objection to Trustee's Motion to Dismiss and Application for Fees scheduled for hearing on August 31, 2015, and all interested parties having been provided notice of a deadline to respond, and the deadline having passed with no objections having been filed, and the Trustee having withdrawn the Motion to Dismiss, and no other responses being filed with the Court, and the Court having reviewed the pleadings on file with this Court, and the Court having been otherwise fully informed in the premises, IT IS HEREBY

ORDERED:

That fees are awarded to Stephen M. Enderton in the amount of $500.00 to be paid as an administrative expense under 11 USC 503(b) and that they are to be paid by the Trustee from property of the estate and in accordance with the priority as set out in the Order Confirming Debtor's Chapter 13 Plan.

END OF DOCUMENT

## DESIGNATION OF PARTIES TO BE SERVED

Service of the Foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Kevin R. Anderson tr ecfmail@ch13kra.com, lneebling@ch13kra.com

Stephen M. Enderton senderton@emlegal.net, turia@emlegal.net;mathews@emlegal.net

Mark S. Middlemas ecfmaildistgroup@lundbergfirm.com,

lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

Mark S. x3Middlemas ecfmaildistgroup@lundbergfirm.com, lundbergbk@gmail.com

**BY U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Rick Simmons  
1381 Quail Covey Circle  
Riverton UT 84065

                                                                                      /s/_____  
                                                                                     Mail Clerk